# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2067
_____

WILLIAM JACKSON POWELL and
MILAGROS POWELL,

    Appellants,

    v.

VAL'S COMPLETE AUTO REPAIR,
INC.,

    Appellee.

_____

On appeal from the County Court for Levy County.
Luis Bustamante, Judge.


March 3, 2026

PER CURIAM.

    DISMISSED.

BILBREY, NORDBY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Doreen Inkeles of The Shochet Law Group, Trenton, for Appellants.

Stanley H. Griffis III of The Griffis Law Firm, LLC, Chiefland, for Appellee.